UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 13-21065-CIV-ALTONAGA

JOVELYN ESCALO,

    Plaintiff,

v.

STEINER TRAINING LTD., a subsidiary of
Steiner Leisure Ltd.,

    Defendant.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant, STEINER TRAINING LTD. ("STEINER"), by and through its undersigned counsel, hereby files its Answer and Affirmative Defenses to Plaintiff's Complaint, and states as follows:

## GENERAL ALLEGATIONS

1.     For jurisdictional purposes only, STEINER admits in paragraph 1 of Plaintiff's Complaint that Plaintiff seeks damages in excess of Seventy-Five Thousand Dollars ($75,000.00). All other allegations contained in paragraph 1 are hereby denied.

2.     The allegations contained in paragraph 2 of Plaintiff's Complaint seek to establish a legal conclusion. As such, they are objectionable and no response is required. To the extent a response is required, STEINER denies each and every allegation contained in paragraph 2 of Plaintiff's Complaint.

3. Denied.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

## COUNT I

### JONES ACT NEGLIGENCE – FAILURE TO PROVIDE PROMPT AND ADEQUATE CURE

11. STENIER adopts and realleges each and every denial and admission contained in paragraphs 1 through 10 as if fully set forth herein, and further states:

12. The allegations contained in paragraph 12 of Plaintiff's Complaint seek to establish a legal conclusion.  As such, they are objectionable and no response is required.  To the extent a response is required, STEINER denies each and every allegation contained in paragraph 12 of Plaintiff's Complaint

13. The allegations contained in paragraph 13 of Plaintiff's Complaint seek to establish a legal conclusion.  As such, they are objectionable and no response is required.  To the extent a response is required, STEINER denies each and every allegation contained in paragraph 13 of Plaintiff's Complaint

14. The allegations contained in paragraph 14 of Plaintiff's Complaint seek to establish a legal conclusion.  As such, they are objectionable and no response is

HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Ave.,  Suite 1200 · Miami, Florida 33131 · Telephone: 305-379-3686 · Facsimile: 305-379-3690

required. To the extent a response is required, STEINER denies each and every allegation contained in paragraph 14 of Plaintiff's Complaint.

    15.    The allegations contained in paragraph 15 of Plaintiff's Complaint seek to establish a legal conclusion. As such, they are objectionable and no response is required. To the extent a response is required, STEINER denies each and every allegation contained in paragraph 15 of Plaintiff's Complaint.

    16.    The allegations contained in paragraph 16 of Plaintiff's Complaint seek to establish a legal conclusion. As such, they are objectionable and no response is required. To the extent a response is required, STEINER denies each and every allegation contained in paragraph 16 of Plaintiff's Complaint.

    17.    The allegations contained in paragraph 17 of Plaintiff's Complaint seek to establish a legal conclusion. As such, they are objectionable and no response is required. To the extent a response is required, STEINER denies each and every allegation contained in paragraph 17 of Plaintiff's Complaint.

    18.    Denied.

    19.    Denied.

    20.    Denied.

    21.    The allegations contained in paragraph 21 of Plaintiff's Complaint seek to establish a legal conclusion. As such, they are objectionable and no response is required. To the extent a response is required, STEINER denies each and every allegation contained in paragraph 21 of Plaintiff's Complaint.

HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Ave., Suite 1200 · Miami, Florida 33131 · Telephone: 305-379-3686 · Facsimile: 305-379-3690

22. The allegations contained in paragraph 22 of Plaintiff's Complaint seek to establish a legal conclusion. As such, they are objectionable and no response is required. To the extent a response is required, STEINER denies each and every allegation contained in paragraph 22 of Plaintiff's Complaint.

23. The allegations contained in paragraph 23 of Plaintiff's Complaint seek to establish a legal conclusion. As such, they are objectionable and no response is required. To the extent a response is required, STEINER denies each and every allegation contained in paragraph 23 of Plaintiff's Complaint.

24. The allegations contained in paragraph 24 of Plaintiff's Complaint seek to establish a legal conclusion. As such, they are objectionable and no response is required. To the extent a response is required, STEINER denies each and every allegation contained in paragraph 24 of Plaintiff's Complaint.

25. The allegations contained in paragraph 25 of Plaintiff's Complaint seek to establish a legal conclusion. As such, they are objectionable and no response is required. To the extent a response is required, STEINER denies each and every allegation contained in paragraph 25 of Plaintiff's Complaint.

26. STEINER denies each and every allegation contained in paragraph 26 of Plaintiff's Complaint, including subparts A. through C.

27. Denied.

28. STEINER denies each and every allegation contained in paragraph 28 of Plaintiff's Complaint, including subparts A. through P.

HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Ave.,  Suite 1200 · Miami, Florida 33131 · Telephone: 305-379-3686 · Facsimile: 305-379-3690

29. STEINER denies each and every allegation contained in paragraph 29 of Plaintiff's Complaint, including subparts A. through P.

30. Denied

31. **WHEREFORE,** Defendant, STEINER TRAINING LTD., demands this Court dismiss this action with prejudice and enter judgment in its favor, awarding costs and such other and further relief as this Court deems just and proper.

## COUNT II

### U.S. GENERAL MARITIME LAW CLAIM FOR FAILURE TO PROVIDE PROMPT AND ADEQUATE MAINTENANCE AND CURE

32. STENIER adopts and realleges each and every denial and admission contained in paragraphs 1 through 10 as if fully set forth herein, and further states:

33. The allegations contained in paragraph 33 of Plaintiff's Complaint seek to establish a legal conclusion. As such, they are objectionable and no response is required. To the extent a response is required, STEINER denies each and every allegation contained in paragraph 33 of Plaintiff's Complaint

34. The allegations contained in paragraph 34 of Plaintiff's Complaint seek to establish a legal conclusion. As such, they are objectionable and no response is required. To the extent a response is required, STEINER denies each and every allegation contained in paragraph 34 of Plaintiff's Complaint.

35. The allegations contained in paragraph 35 of Plaintiff's Complaint seek to establish a legal conclusion. As such, they are objectionable and no response is

HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Ave., Suite 1200 · Miami, Florida 33131 · Telephone: 305-379-3686 · Facsimile: 305-379-3690

required.  To the extent a response is required, STEINER denies each and every allegation contained in paragraph 35 of Plaintiff's Complaint.

  36. The allegations contained in paragraph 36 of Plaintiff's Complaint seek to establish a legal conclusion.  As such, they are objectionable and no response is required.  To the extent a response is required, STEINER denies each and every allegation contained in paragraph 36 of Plaintiff's Complaint.

  37. The allegations contained in paragraph 37 of Plaintiff's Complaint seek to establish a legal conclusion.  As such, they are objectionable and no response is required.  To the extent a response is required, STEINER denies each and every allegation contained in paragraph 37 of Plaintiff's Complaint.

  38. The allegations contained in paragraph 38 of Plaintiff's Complaint seek to establish a legal conclusion.  As such, they are objectionable and no response is required.  To the extent a response is required, STEINER denies each and every allegation contained in paragraph 38 of Plaintiff's Complaint.

  39. Denied.

  40. Denied.

  41. Denied.

  42. Denied.

  43. The allegations contained in paragraph 43 of Plaintiff's Complaint seek to establish a legal conclusion.  As such, they are objectionable and no response is required.  To the extent a response is required, STEINER denies each and every allegation contained in paragraph 43 of Plaintiff's Complaint.

HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Ave.,  Suite 1200 · Miami, Florida 33131 · Telephone: 305-379-3686 · Facsimile: 305-379-3690

44. The allegations contained in paragraph 44 of Plaintiff's Complaint seek to establish a legal conclusion. As such, they are objectionable and no response is required. To the extent a response is required, STEINER denies each and every allegation contained in paragraph 44 of Plaintiff's Complaint.

45. The allegations contained in paragraph 45 of Plaintiff's Complaint seek to establish a legal conclusion. As such, they are objectionable and no response is required. To the extent a response is required, STEINER denies each and every allegation contained in paragraph 45 of Plaintiff's Complaint.

46. The allegations contained in paragraph 46 of Plaintiff's Complaint seek to establish a legal conclusion. As such, they are objectionable and no response is required. To the extent a response is required, STEINER denies each and every allegation contained in paragraph 46 of Plaintiff's Complaint.

47. STEINER denies each and every allegation contained in paragraph 47 of Plaintiff's Complaint, including subparts A. through C.

48. Denied.

49. STEINER denies each and every allegation contained in paragraph 49 of Plaintiff's Complaint, including subparts A. through P.

50. STEINER denies each and every allegation contained in paragraph 50 of Plaintiff's Complaint, including subparts A. through P.

51. Denied

52. **WHEREFORE,** Defendant, STEINER TRAINING LTD., demands this Court dismiss this action with prejudice and enter judgment in its favor,

HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Ave., Suite 1200 · Miami, Florida 33131 · Telephone: 305-379-3686 · Facsimile: 305-379-3690

awarding costs and such other and further relief as this Court deems just and proper.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

As its First Affirmative Defense, STEINER alleges that Plaintiff's alleged causes of action contained in Counts I and II are barred due to the release Plaintiff duly executed on May 9, 2013, in Quezon City, Philippines. A true and correct copy of the release is attached hereto as Exhibit "A" and incorporated herein by reference.

### Second Affirmative Defense

As its Second Affirmative Defense, STEINER alleges that Plaintiff's alleged causes of action contained in Counts I and II are barred due to accord and satisfaction as evidenced in the release Plaintiff duly executed on May 9, 2013, in Quezon City, Philippines, A true and correct copy of the release is attached hereto as Exhibit "A" and incorporated herein by reference.

### Third Affirmative Defense

As its Third Affirmative Defense, STEINER alleges that if the alleged torts occurred on navigable waters, the General Maritime Law of the United States applies to the exclusion of state law.

HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Ave., Suite 1200 · Miami, Florida 33131 · Telephone: 305-379-3686 · Facsimile: 305-379-3690

### Fourth Affirmative Defense

As its Fourth Affirmative Defense, STEINER alleges that Plaintiff's own acts of negligence amount to a superseding cause that cuts off any causal connection between STEINER's alleged negligence and Plaintiff's damages.

### Fifth Affirmative Defense

As its Fifth Affirmative Defense, STEINER alleges that Plaintiff's damages were caused either in whole or in part by Plaintiff's own acts of negligence, including but not limited to the failure to exercise reasonable care and an award, if any, should be reduced accordingly by the principles of comparative fault.

### Sixth Affirmative Defense

As its Sixth Affirmative Defense, STEINER alleges that Plaintiff's damages were caused either in whole or in part by the act(s) of third persons for whom STEINER is not responsible and that amount to a superseding cause that cuts off any causal connection between STEINER's alleged negligence and Plaintiff's damages.

### Seventh Affirmative Defense

As its Seventh Affirmative Defense, STEINER alleges that Plaintiff failed to mitigate her damages, or alternatively, Plaintiff mitigated her damages, and therefore, her damages, if any, should be reduced accordingly.

### Eighth Affirmative Defense

As its Eighth Affirmative Defense, STEINER alleges it is entitled to a set-off for any and all monies paid on behalf of the Plaintiff towards her treatment and

HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Ave., Suite 1200 · Miami, Florida 33131 · Telephone: 305-379-3686 · Facsimile: 305-379-3690

medical care as well as any monies received from collateral and non-collateral sources.

### Ninth Affirmative Defense

As its Ninth Affirmative Defense, STEINER alleges that the injuries alleged in the Complaint were pre-existing. Therefore, STEINER cannot be held liable for such injuries, as they would have been inevitably worsened. Alternatively, if the Plaintiff was injured, aboard the vessel or otherwise, liability extends only to the aggravation of the pre-existing conditions.

### Tenth Affirmative Defense

As its Tenth Affirmative Defense, STEINER alleges that the liability of non-party tortfeasors should be considered by this Court and the percentage of fault attributed to such non-party tortfeasors be considered when apportioning damages.

### Eleventh Affirmative Defense

As its Eleventh Affirmative Defense, STEINER alleges that there are no causes of action, as STEINER had no actual or constructive notice of any alleged dangerous condition.

### Twelfth Affirmative Defense

As its Twelfth Affirmative Defense, STEINER alleges that the Complaint fails to state a cause of action for Jones Act Negligence-Failure to Provide Prompt, Proper, Adequate Care and Failure to Provide Prompt and Adequate Maintenance and Cure upon which relief can be granted.

HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Ave.,  Suite 1200 · Miami, Florida 33131 · Telephone: 305-379-3686 · Facsimile: 305-379-3690

### Thirteenth Affirmative Defense

As its Thirteenth Affirmative Defense, STEINER alleges Plaintiff's damages are limited in accordance with the terms and conditions of Plaintiff's contract of employment.

### Fourteenth Affirmative Defense

As its Fourteenth Affirmative Defense, STEINER alleges it has fully met its obligation to provide maintenance and cure to Plaintiff.  Additionally, STEINER alleges Plaintiff reached maximum medical cure and is not entitled to additional maintenance or cure benefits.

### Fifteenth Affirmative Defense

As its Fifteenth Affirmative Defense, STEINER alleges that Plaintiff's claims for Jones Act Negligence-Failure to Provide Prompt, Proper, Adequate Care and Failure to Provide Prompt and Adequate Entire Maintenance and Cure are time barred by the applicable statute of limitations, the General Maritime Law, the Jones Act and/or the equitable doctrine of laches.

### Sixteenth Affirmative Defense

As its Sixteenth Affirmative Defense, STEINER alleges that Plaintiff's claims are subject to and limited in accordance with the terms and conditions of any applicable collective bargaining agreement governing and/or incorporated into Plaintiff's employment contract.

**WHEREFORE**, Defendant, STEINER TRAINING LTD., respectfully requests this Court dismiss this action, with prejudice, and enter judgment in its favor,

HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Ave.,  Suite 1200 · Miami, Florida 33131 · Telephone: 305-379-3686 · Facsimile: 305-379-3690

awarding it attorneys' fees, expenses, and costs, and such other and further relief as this Court deems just and proper.

>Respectfully submitted,
>
>/s/     Jerry D. Hamilton
>Jerry D. Hamilton (Florida Bar No. 970700)
>Hector V. Ramirez (Florida Bar No. 484857)
>Jessica Calvo (Florida Bar No. 76857)
>HAMILTON, MILLER & BIRTHISEL, LLP
>Attorneys for Defendant
>150 Southeast Second Avenue, Suite 1200
>Miami, Florida 33131-2332
>Telephone:   305-379-3686
>Facsimile:    305-379-3690

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 18, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

>/s/     Jerry D. Hamilton
>Jerry D. Hamilton

-13-

**SERVICE LIST**

| | |
|---|---|
| Julio J. Ayala, Esq.<br>Florida Bar No. 0977070<br>crewesq@crewadvocacy.com<br>Crewmember & Maritime Advocacy Center<br>66 West Flagler Street, Suite 200<br>Miami, Florida 33131<br>Telephone:   305-374-9099<br>Facsimile:     305-374-5099<br><br>**AND**<br><br>David W. Brill, Esq.<br>Florida Bar No. 0959560<br>david@brglawfirm.com<br>Joseph J. Rinaldi, Jr., Esq.<br>Florida Bar No. 0581941<br>joe@brglawfirm.com<br>Juan M. Garcia, Jr., Esq.<br>Florida Bar No. 15258<br>juan@brglawfirm.com<br>Najla A. Bubtana, Esq.<br>Florida Bar No. 100903<br>najla@brglawfirm.com<br>Brill Rinaldi Garcia, The Law Firm<br>17150 Royal Palm Blvd., Suite 2<br>Weston, Florida 33326<br>Telephone:   954-876-4344<br>Facsimile:     954-384-6226<br>***Counsel for Plaintiff*** | Jerry D. Hamilton, Esq.<br>jhamilton@hamiltonmillerlaw.com<br>Hector V. Ramirez, Esq.<br>hramirez@hamiltonmillerlaw.com<br>Jessica Calvo, Esq.<br>jcalvo@hamiltonmillerlaw.com<br>HAMILTON, MILLER & BIRTHISEL, LLP<br>150 S.E. Second Avenue, Suite 1200<br>Miami, Florida 33131<br>Telephone:   (305) 379-3686<br>Facsimile:     (305) 379-3690<br>***Counsel for Defendant*** |

HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Ave.,  Suite 1200 · Miami, Florida 33131 · Telephone: 305-379-3686 · Facsimile: 305-379-3690