UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 13-21065-CIV-ALTONAGA/Simonton

**JOVELYN ESCALO**,

        Plaintiff,

vs.

**STEINER TRAINING LTD.,** a subsidiary of Steiner Leisure Ltd.,

        Defendant.
_____/

## PLAINTIFF'S AGREED MOTION TO AMEND COMPLAINT BY INTERPOLATION TO INTERPOLATE THE NAME "STEINER TRANSOCEAN LTD." IN LIEU OF THE NAME "STEINER TRAINING LTD." AS THE DEFENDANT

Plaintiff, JOVELYN ESCALO, with agreement by the defense, hereby moves this Honorable Court for leave to Amend her Complaint by Interpolation, as follows:

1. Plaintiff moves to amend her complaint in this action in order to interpolate the name "STEINER TRANSOCEAN LTD." in lieu of the name "STEINER TRAINING LTD." that appears in the Complaint, and that the amendment stand as though incorporated in the Complaint initially.

2. The requested amendment is necessary merely to correctly name the entity which, in accordance with a stipulation reached by the parties, served as Plaintiff's Jones Act employer at all times material.

3. The amendment will not prejudice the defense. In fact, as indicated, the defense consents to this amendment, and the defense has also agreed to file and serve an Answer and Affirmative

Defenses on behalf of Steiner Transocean Ltd. within 20 days.

4. Nor will the amendment have any prejudicial affect on this Honorable Court and any of its deadlines. The defense will, for instance, abide by the Court's Order on the filing of the motion for summary judgment, albeit the defense will now obviously be filing on behalf of Steiner Transocean Ltd. as opposed to Steiner Training Ltd.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

The undersigned counsel hereby certifies in accordance with Local Rule 7.1(a)(3) of the U.S. District Court for the Southern District of Florida that counsel for the parties conferred about the relief requested herein and counsel for Defendant, as indicated, agrees to it.

Respectfully submitted,

**Co-counsel for the Plaintiff:**

**Crewmember & Maritime Advocacy Center**
66 West Flagler Street, Suite 200
Miami, Florida 33131
Telephone: (305) 374-9099
Facsimile: (305) 374-5099
**Julio J. Ayala, Esq.**
Florida Bar No. 0977070
crewesq@crewadvocacy.com

- AND -

**BRILL RINALDI GARCIA, THE LAW FIRM**
17150 Royal Palm Blvd, Suite 2
Weston, Florida 33326
Telephone: (954) 876-4344
Facsimile: (954) 384-6226
**David W. Brill, Esq.**
Florida Bar No. 0959560
david@brglawfirm.com
**Joseph J. Rinaldi, Jr., Esq.**
Florida Bar No. 0581941
joe@brglawfirm.com
**Juan M. Garcia, Jr., Esq.**
Florida Bar No. 15258

juan@brglawfirm.com
**Najla A. Bubtana, Esq.**
Florida Bar No.: 100903
najla@brglawfirm.com

*s/ David W. Brill*_____

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2014, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parities who are not authorized to received electronically Notices of Electronic Filing.

*s/ David W. Brill, Esq.*

## SERVICE LIST

Jerry D. Hamilton, Esq.
jhamilton@hamiltonmillerlaw.com
Hector V. Ramirez, Esq.
hramirez@hamiltonmillerlaw.com
Jessica Calvo, Esq.
jcalvo@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131-2332
Telephone: 305-379-3686
Facsimile: 305-379-3690

3