UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 13-21065-CIV-ALTONAGA

JOVELYN ESCALO,

    Plaintiff,

v.

STEINER TRAINING LTD., a subsidiary of
Steiner Leisure Ltd.,

    Defendant.

_____/

## STIPULATION FOR AGREED MOTION TO AMEND COMPLAINT BY INTERPOLATION

Plaintiff, JOVELYN ESCALO, and Defendant, STEINER TRAINING LTD., by and through their respective undersigned attorneys hereby stipulate and request that this Court enter an Order on their Agreed Motion to Amend Complaint by Interpolation, and in support thereof state as follows:

1. Defendant Steiner Training Ltd. has represented to Plaintiff Escalo that Steiner Transocean Ltd. and not Steiner Training Ltd. was Plaintiff Escalo's Jones Act employer at all times material, including at and after the time Ms. Escalo was medically disembarked from the *Allure of the Seas* for treatment in Mexico.

2. Defendant Steiner Training Ltd. has further represented that "Steiner Training Ltd." appears on the employment agreements governing Plaintiff Escalo's employment at and after the time Ms. Escalo was medically disembarked from the *Allure of the Seas* for treatment in Mexico as a result of an inadvertent error;

1

this error resulted in "Steiner Training Ltd." mistakenly being listed as Plaintiff's employer on the agreements.

3. Steiner Training Ltd. and Steiner Transocean Ltd. hereby stipulate that, for purposes of this litigation only, they admit that Steiner Transocean Ltd. was Plaintiff's Jones Act employer with respect to all seafarer contracts between Plaintiff and a Steiner entity.

4. Plaintiff has, for purposes of this litigation, accepted Defendants' representations.

5. Plaintiff also stipulates that her previous Request for Production of October 24, 2013, and the revisions and limitations set on it by Court Order of December 18, 2013, is moot and void.

6. Thus, defense and plaintiff's counsel have agreed that Plaintiff shall file an Agreed Motion to Amend Complaint by Interpolation to substitute the name "Steiner Transocean Ltd." wherever the name "Steiner Training Ltd." appears.

**DATED** this 7th day of January, 2014.

/s/ Julio J. Ayala
Julio J. Ayala, Esq.
Florida Bar No. 0977070
crewesq@crewadvocacy.com
Crewmember & Maritime Advocacy Center
66 West Flagler Street, Suite 200
Miami, Florida 33131
Telephone:   305-374-9099
Facsimile:    305-374-5099

    **AND**

/s/ Hector V. Ramirez
Jerry D. Hamilton, Esq.
jhamilton@hamiltonmillerlaw.com
Hector V. Ramirez, Esq.
hramirez@hamiltonmillerlaw.com
Hamilton, Miller & Birthisel, LLP
150 S.E. Second Avenue, Suite 1200
Miami, Florida 33131
Telephone:   (305) 379-3686
Facsimile:    (305) 379-3690
***Counsel for Defendant***

/s/ David W. Brill
David W. Brill, Esq.
Florida Bar No. 0959560
david@brglawfirm.com
Joseph J. Rinaldi, Jr., Esq.
Florida Bar No. 0581941
joe@brglawfirm.com
Juan M. Garcia, Jr., Esq.
Florida Bar No. 15258
juan@brglawfirm.com
Najla A. Bubtana, Esq.
Florida Bar No. 100903
najla@brglawfirm.com
Brill Rinaldi Garcia, The Law Firm
17150 Royal Palm Blvd., Suite 2
Weston, Florida 33326
Telephone:   954-876-4344
Facsimile:    954-384-6226
***Counsel for Plaintiff***