UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-21065-CIV-ALTONAGA

**JOVELYN ESCALO**,

    Plaintiff,
vs.

**STEINER TRAINING LTD.**,
a subsidiary of Steiner Leisure Ltd.,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court on the Plaintiff's Agreed Motion to Amend Complaint by Interpolation . . . . . ("Motion") [ECF No. 54]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Plaintiff's Complaint is deemed amended to interpolate the name "STEINER TRANSOCEAN LTD." in lieu of the name "STEINER TRAINING LTD." wherever the name "STEINER TRAINING LTD." appears in the Complaint, and that the amendment stand as though incorporated in the Complaint initially. Defendant Steiner Transocean Ltd. shall file its answer and affirmative defenses within 20 days.

**DONE AND ORDERED** in Chambers, Miami-Dade County, Florida, on this 8th day of January, 2014.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record